UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-834 MRW | Date | June 12, 2024 |
|---|---|---|---|
| Title | UAAAC v. Whispering Winds Apartments | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Eddie Ramirez | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

1. This is a disability rights action assigned to Judge Wilner as part of the Magistrate Judge Direct Assignment Program.

2. The parties reported to the Court in April 2024 that the action had been settled. They further asked for an extension of time until mid-June to finalize their settlement and dismiss the action. (Docket # 10.)

3. The action remains open on the Court's docket. Therefore, Plaintiff's lawyer is ORDERED to show cause why the action should not be dismissed or other sanctions imposed. Counsel will file a declaration (or, if the action is fully resolved, a notice of dismissal) regarding this matter by June 24.